I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| **ALISON KAREEM,** : | |
| : | |
| Plaintiff, : | Case No. 1:20-cv-2457 |
| : | |
| v. : | JUDGE DAVID RUIZ |
| : | |
| **CUYAHOGA COUNTY BOARD OF** : | |
| **ELECTIONS, et al.,** : | |
| : | |
| Defendants. : | |

**JOINT MOTION TO RENEW PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Alison Kareem, Defendants Cuyahoga County Board of Elections and the Cuyahoga County Prosecuting Attorney, and Defendant Frank LaRose jointly move this Court to renew their motions for summary judgment, filed at Doc. Nos. 27, 26, and 24, respectively.

On March 18, 2024, the United States Court of Appeals for the Sixth Circuit reversed this Court's judgment finding that Plaintiff lacked Article III standing. Doc. No. 43 at PageID 1079. The Sixth Circuit concluded that Plaintiff "has standing to bring her suit" and instructed this Court to address the merits of Plaintiff's claims on remand. *Id*. at PageID 1089. According to the Sixth Circuit, "[w]hether the display of a ballot photograph is protected by the First Amendment will be for the district court to decide." *Id*.

The parties' motions for summary judgment fully addressed the merits of Plaintiff's claim, and no party seeks to supplement the record. Accordingly, the parties jointly renew their motions for summary judgment and, if feasible, request a decision in advance of the November 2024 general election.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Ann Yackshaw*
ANN YACKSHAW (0090623)
JULIE M. PFEIFFER (0069762)*
**Counsel of Record*
BYERS B. EMMERLING (0098835)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
Ann.Yackshaw@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Byers.Emmerling@OhioAGO.gov

*Counsel for Defendant Ohio Secretary of State Frank LaRose*


 /s/ Curt C. Hartman
Curt C. Hartman
THE LAW FIRM OF CURT C. HARTMAN
7394 Ridgepoint Drive, Suite 8
Cincinnati, OH  45230
(513) 379-2923
hartmanlawfirm@fuse.net

*Counsel for Plaintiff Alison Kareem*


s/Mark R. Musson
Mark R. Musson (0081110)
CUYAHOGA COUNTY PROSECUTOR'S OFFICE
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, OH  44113
(216) 443-7795
mmusson@prosecutor.cuyahogacounty.us

*Attorney for Defendants Cuyahoga County Board of Elections and the Prosecuting Attorney in his official capacity*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Ann Yackshaw*
ANN YACKSHAW
Assistant Attorney General