UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON KAREEM, | ) | CASE NO.   1:20-cv-02457 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY BOARD OF ELECTIONS, *et al.*, | ) | JUDGMENT ENTRY |
| | ) | |
| | ) | |
| Defendants. | ) | |

Consistent with the Memorandum Opinion and Order of this Court also filed this date, the action

is DISMISSED.

IT IS SO ORDERED.

Dated: June 3, 2026                        s/*David A. Ruiz*
                                           David A. Ruiz
                                           United States District Judge