**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **ALISON KAREEM,** | : | **Case No. 1:20-CV-2457** |
| | : | |
| **Plaintiff,** | : | **Judge Ruiz** |
| | : | |
| **v.** | : | |
| | : | **NOTICE OF APPEAL** |
| **CUYAHOGA COUNTY** | : | |
| **BOARD OF ELECTIONS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE IS HEREBY GIVEN** that Plaintiff ALISON KAREEM hereby appeals

to the United States Court of Appeals for the Sixth Circuit from the *Judgment Entry* (Doc.

No. 53, PageID#1148) entered hereon on June 3, 2026.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Curt C. Hartman*

| | |
|---|---|
| Christopher P. Finney | Curt C. Hartman |
| FINNEY LAW FIRM LLC | THE LAW FIRM OF CURT C. HARTMAN |
| 4270 Ivy Point Blvd., Suite 225 | 7394 Ridgepoint Drive, Suite 8 |
| Cincinnati, OH    45245 | Cincinnati, OH   45230 |
| (513) 943-6655 | (513) 379-2923 |
| *chris@finneylawfirm.com* | *hartmanlawfirm@fuse.net* |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing will be served via the Court's ECF system on the

date of filing upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Curt C. Hartman*